UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID BEACHEM,

    Plaintiff,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS *et al.*,

    Defendants.

Case No. C08-5185FDB/JKA

ORDER TO PROVIDE SERVICE DOCUMENTS

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has responded to the court's order to show cause and indicates he took the steps to file a grievance but has not received an answer to his grievance. The court accepts the response (Dkt. # 10).

Plaintiff was given leave to proceed *in forma pauperis*. This action was transferred from the United States District Court for the Eastern District of Washington. No service documents have been provided. Plaintiff names five defendants, the Washington State Department of Corrections, the Olympic Corrections Center, Officer LeAons, Officer Kitchel, and Sergeant Aldona. The complaint is four pages long.

The court will make the five copies of the complaint needed for service. The plaintiff is required to provide a filled out United States Marshal's Service Form for each defendant the plaintiff wishes the court

ORDER

to attempt to serve.

The clerk of court should send Mr. Beachem the five forms. The filled out forms must be returned to court on or before **May 16, 2008.**

The Clerk is directed to send plaintiff a copy of this order and the five forms. The clerk should also note the **May 16, 2008,** due date on the court's calendar.

DATED this 14 day of April, 2008.

<u>/S/ *J. Kelley Arnold*</u>
J. Kelley Arnold
United States Magistrate Judge

ORDER