1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
9                                     AT TACOMA

10

11   DAVID BEACHEM,

12                    Plaintiff,
                                                    Case No. C08-5185FDB/JKA
13          v.
                                                    NOTICE REGARDING LETTERS TO
14   WASHINGTON STATE DEPARTMENT OF                 COURT
     CORRECTIONS *et al*.,
15
                      Defendants.
16

17          This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28

18   U.S.C. § 636(b)(1)(B).  Plaintiff has responded to the court's order to show cause.  The court is currently

19   waiting for return of service documents, the United States Marshals service forms.

20          The court received a letter from plaintiff on April 22, 2008.  In this letter plaintiff asks why he

21   needs to fill out the service forms and states he already filled out the forms.  This case was transferred from

22   the United States District Court for the Eastern District of Washington.  When the case arrived here there

23   were no service forms.

24          Plaintiff next asks why money is being taken from his prison account.  When this case was accepted

25   for filing plaintiff was granted *In Forma Pauperis* status.  This means plaintiff has incurred a $350 dollar

26   filing fee debt.  Under the terms of the Prison Litigation Reform Act money will be taken from the account

27   until the full $350 dollars have been collected.  This money will be taken even if the case is dismissed.

28

     ORDER

| | |
|---|---|
| 1 | The remainder of plaintiff's letter addresses current issues that are not properly part of this action. |
| 2 | The court informs plaintiff that the court does not conduct business by letter. The proper procedure for |
| 3 | asking for court action is to file a motion, which must be served on opposing parties or their counsel. |
| 4 | Plaintiff has until May 16, 2008 to return filled out Marshal Service Forms. |
| 5 | The Clerk is directed to send plaintiff a copy of this order. |

DATED this 5 day of May 2008.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER