# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID BEACHEM

v.

WASHINGTON STATE
DEPARTMENT OF CORRECTIONS, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5185FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED


The Court adopts the Report and Recommendation;

Defendants' motion to dismiss is **GRANTED**.  Plaintiff did not exhaust his administrative remedies prior to filing this action as required by the Prison Litigation Reform Act; and

Plaintiff's action is **DISMISSED**, without prejudice.


November 3, 2008
Date

BRUCE RIFKIN
Clerk


*s/CM Gonzalez*
Deputy Clerk